**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| WILLIAM FARRETTA, | ) | No. CV-04-0908-PHX-SMM |
| Plaintiff, | ) | **ORDER** |
| v. | ) | |
| BURR-BROWN CORPORATE DISABILITY INCOME PLAN; AETNA LIFE INSURANCE COMPANY; TEXAS INSTRUMENTS TUCSON CORPORATION; TEXAS INSTRUMENTS CORPORATION, | ) | |
| Defendants. | ) | |

Pending before the Court is Defendants' Motion to Amend Findings of Fact, Conclusions of Law and Order [Doc. No. 46] pursuant to F.R.C.P. Rule 52(b). Initially, the Court notes that Defendants' Motion seeks a narrow amendment and does not seek a change to the Court's ultimate decision. Rather, Defendants allege that the Court's finding in Paragraph 58 was in error and the Court's subsequent award of accrued benefits from January 1, 2003 to December 31, 2005 amounted to an improper award of future damages.

Rule 52(b) provides in relevant part, that "the court may amend its findings- or make additional findings- and may amend the judgment accordingly." Defendants contend that because the Plan clearly provides for a reduction of disability benefits if the claimant has other sources of earned income, it was an error for the Court to award Plaintiff the entire benefit payment when the Court could not consider evidence regarding Plaintiff's other sources of income from June 2003 to December of 2005 because such evidence was not contained in the administrative record therefore not properly before the Court. The Court

1 agrees that such an award was improper because the administrative record closed in June of
2 2003.

3      Accordingly, for the reasons set forth above,

4      **IT IS ORDERED** that Defendants' Motion to Amend Findings of Fact, Conclusions
5 of Law and Order [Doc. No. 46] is **GRANTED**.

6      **IT IS FURTHER ORDERED** that the Court's Findings of Fact, Conclusions of Law
7 and Order dated January 24, 2006 [Doc. No. 45] are amended as follows:

8      1) Paragraph 58 shall now read: The Court finds that Faretta is entitled to $2,520 per
9 month in past due benefits form January 1, 2003 to June 30, 2003 for a total of $15,120 in
10 back benefits.

11      2) The Court's second order (p. 11, ll. 24-26) shall be deleted in its entirety and shall
12 be replaced with the following: **IT IS FURTHER ORDERED** that the Court enters
13 judgment against Defendant Aetna and in favor of Plaintiff William Faretta in the amount
14 of $15,120 for benefits accrued from January 1, 2003 to June 30, 2003.

15      3) The Court's last order (p. 12, ll. 5-6) shall be deleted in its entirety and shall be
16 replaced with the following: **IT IS FURTHER ORDERED** that Aetna shall re-commence
17 the payment of Faretta's monthly benefits, at the rate of $2,520 per month, or at such other
18 monthly rate as the Plan may provide after application of any increases or reductions
19 provided for by the Plan, effective from July 1, 2003, and shall continue such payments
20 through December 31, 2005, and for so long after Faretta is entitled to disability benefits
21 under the terms and conditions of the Plan.

22      **IT IS FURTHER ORDERED** that Plaintiff's request for the Court to keep
23 jurisdiction of this matter pursuant to 28 U.S.C. § 1367(a) is **DENIED.**

24      **IT IS FURTHER ORDERED** that the clerk shall enter judgment accordingly.
25      DATED this 7th day of March, 2006.

_____
Stephen M. McNamee
Chief United States District Judge